IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

NICOLE WINSTEAD, *et al*                                              PLAINTIFFS

v.                                  NO.  4:07CV00682 JLH

MARK STODOLA, *et al*                                                 DEFENDANTS

### ORDER

Pro se plaintiff R. S. McCullough has filed a Motion stating that he does not believe that I can be fair to him based on past events. I have no animosity, hostility, bias, prejudice, or any other attitude that would keep me from being fair to Mr. McCullough, and I could and would be fair to him. Nevertheless, I do not doubt the sincerity of his belief, and I have concluded that it would be better if I recuse so as to avoid any appearance of impropriety.

The motion for recusal is granted. Docket #8. The hearing previously scheduled for Monday, August 13, 2007, is cancelled.

IT IS SO ORDERED this 10th day of August, 2007.

*/s/ J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE