CLERK'S MINUTES

Plaintiff: Nicole Minstead, et al
Repr by: Rickey Hicks, K.S. McCullough

Judge: Bill Wilson
Reporter: Newberry
Courtroom Deputy: M. Johnson
Date: 8/13/07
Case No: 4:07CV00682WRW

v.

Defendant: Mark Stodola, et al
Repr by: Tom Carpenter, Bill Mann, Kevin Bennett, Amanda Mitchell, Scott Richardson

Court Proceeding: TRO Hrg

Time:

10:03am — Court called case

 Briefs due from pltf 8/27/07 @ noon;

 Response due deft 9/5/07

 Hearing reset for 9/20/07 @ 11:30am —; TRO denied

10:35am Court in recess

*Pltfs Ex 1-2-3 admitted & returned (retained by Court) 8/13/07

# United States District Court

Eastern DISTRICT OF Arkansas
Western DIVISION

Hustead, et al
v.
Stodola, et al

**EXHIBIT LIST**

CASE NUMBER: 4:07CV00682-WRW

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Bill Wilson | Rickey Hicks | Tom Carpenter, et al |
| TRIAL DATE(S) 8/13/2007 | COURT REPORTER Freeburg | COURTROOM DEPUTY M. Johnson |

| PLF NO. | DEF NO. | DATE OFFERED | obj. | stip. | red. | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| 1 | | | | | 8/13 | Ordinance #19,761 |
| 2 | | | | | 8/13 | Senate Bill #972 |
| 3 | | | | | 8/13 | House Bill #2658 |