**Stricken language would be deleted from and underlined language would be added to the law as it existed prior to this session of the General Assembly.**
**Act 689 of the Regular Session**

| | | |
|---|---|---|
| 1 | State of Arkansas | As Engrossed: H3/13/07  H3/16/07 |
| 2 | 86th General Assembly | *A Bill* |
| 3 | Regular Session, 2007 | HOUSE BILL   2658 |
| 4 | | |
| 5 | By: Representatives D. Johnson, *Allen, Chesterfield, Greenberg, W. Lewellen, Rosenbaum, Webb* | |
| 6 | By: Senator Steele | |

**For An Act To Be Entitled**

AN ACT TO AUTHORIZE AN ELECTION IN A MUNICIPALITY
WITH A CITY MANAGER FORM OF GOVERNMENT TO
INCREASE THE AUTHORITY OF THE MAYOR; AND FOR
OTHER PURPOSES.

**Subtitle**

TO AUTHORIZE AN ELECTION IN A
MUNICIPALITY WITH A CITY MANAGER FORM OF
GOVERNMENT TO INCREASE THE AUTHORITY OF
THE MAYOR.

BE IT ENACTED BY THE GENERAL ASSEMBLY OF THE STATE OF ARKANSAS:

SECTION 1.  Arkansas Code Title 14, Chapter 47, Subchapter 1 is amended to add an additional section to read as follows:

14-47-140.  Authorization for election concerning mayor.

(a)(1) Any municipality organized and operating under the city manager form of government may authorize the mayor of the municipality to have the following duties and powers if approved by the qualified electors of the municipality at an election called by the board of directors by referendum or by the qualified electors of the municipality by initiative:

(A)(i)  The power to veto an ordinance, a resolution, or an order adopted by the board of directors.

(ii)(a)  The board of directors may override the veto by a two-thirds (2/3) vote of the number of members of the board.



EXHIBIT A

03-16-2007 11:02  KLL280

|    |                                                                                          |
|----|------------------------------------------------------------------------------------------|
| 1  | (b)  The mayor shall be entitled to vote only                                            |
| 2  | in case of a tie vote, and his or her presence may be counted to establish a             |
| 3  | quorum for the conduct of business;                                                      |
| 4  | (B)  The power to appoint, subject to confirmation by a                                  |
| 5  | majority of the members of the board of directors, persons to fill vacancies             |
| 6  | on any board, authority, or commission of the municipality;                              |
| 7  | (C)  The power to hire the city manager, subject to the                                  |
| 8  | approval of a majority of members of the board of directors;                             |
| 9  | (D)  The power to remove the city manager, subject to the                                |
| 10 | approval of a majority of the members of the board of directors;                         |
| 11 | (E)  The power to prepare and submit to the board of                                     |
| 12 | directors for its approval the annual municipal budget;                                  |
| 13 | (F)  The power to hire the city attorney, subject to the                                 |
| 14 | approval of a majority of members of the board of directors; and                         |
| 15 | (G)  The power to remove the city attorney, subject to the                               |
| 16 | approval of a majority of members of the board of directors.                             |
| 17 | (2)  If the petition under subdivision (a)(1) of this section is                         |
| 18 | approved by a majority of the qualified electors of the municipality, the                |
| 19 | mayor shall have the powers and duties *authorized under subdivision (a)(1) of*          |
| 20 | *this section.*                                                                          |
| 21 | (3)(A)  Subdivisions (a)(1) and (2) of this section shall not                            |
| 22 | apply to offices and employments controlled by any civil service or merit                |
| 23 | plan lawfully in effect in the municipality.                                             |
| 24 | (B)  In municipalities that maintain municipal courts or                                 |
| 25 | police courts, the municipal judge, police judge, and the clerk of both                  |
| 26 | courts shall be elected and appointed in the manner prescribed by law.                   |
| 27 | (4)  A mayor who has the duties and powers authorized under                              |
| 28 | subdivision (a)(1) of this section shall be compensated with salary and                  |
| 29 | benefits comparable to the salary and benefits of an official or employee of             |
| 30 | the municipality with similar executive duties and powers.                               |
| 31 | (b)  If called by initiative of the qualified electors of the                            |
| 32 | municipality, the special election under this section shall comply with the              |
| 33 | following:                                                                               |
| 34 | (1)  A petition under subsection (a) of this section shall be                            |
| 35 | filed with the clerk of the city;                                                        |
| 36 | (2)  Each signature on a petition filed shall have been signed                           |

# EXHIBIT A

```
 1  within one hundred eighty (180) days prior to filing;
 2          (3)  The clerk of the city shall note on the petition the date
 3  and time filed; and
 4          (4)  If a petition contains the signatures of electors equal in
 5  number to fifteen percent (15%) of the number of ballots cast for the
 6  mayor in the last mayoral election, or if the mayor is not directly elected,
 7  for the director position receiving the highest number of votes in the
 8  last general election, then the clerk of the city shall deliver the
 9  petitions to the mayor who shall by proclamation submit the question to
10  the electors at a special election, provided that:
11              (i)  The clerk of the city shall verify the number
12  of signatures and the authenticity of the signatures on the petition within
13  ten (10) days of the date they are filed;
14              (ii)  If there are insufficient signatures on the
15  petition, the petitioners shall not receive an extension for the petition;
16  and
17              (iii)  If there are a sufficient number of
18  signatures on the petition but the clerk of the city is unable to verify
19  the required number of signatures and the authenticity of the signatures,
20  then the petitioners shall be given ten (10) days to provide a sufficient
21  number of verified signatures;
22      (c)  The proclamation submitting the question under subsection (a) of
23  this section to the qualified electors of the municipality shall be issued
24  within three (3) working days of the date the clerk of the city verifies
25  the number of signatures on the petition or within three (3) working days of
26  the date a referendum ordinance is passed by the board of directors;
27          (d)  The special election shall be held not less than thirty
28  (30) days nor more than one hundred twenty (120) days after the proclamation.
29          (e)(1)  If both a petition is filed by the qualified electors
30  of the municipality and the number of signatures and the authenticity of the
31  signatures are verified under subdivision (b)(4) of this section and a
32  referendum ordinance is passed by the board of directors referring the
33  question under subsection (a) of this section to the qualified electors of
34  the municipality, the event that occurs last in time is moot and void.
35          (2)  If two (2) or more groups file petitions seeking a special
36  election under subsection (a) of this section and the petition filed first is
```

EXHIBIT A

```
 1  declared insufficient, then the city clerk shall determine the sufficiency of
 2  the petition that was filed next in time.
 3              (3)  Upon a declaration that a petition is sufficient and
 4  first in time, then a petition filed after the first sufficient petition
 5  and before the special election shall be deemed moot and shall be destroyed;
 6         (f)  If an election held under subsection (a) of this section
 7  results in the adoption of the question under subsection (a) of this section,
 8  then the adopted question shall not be presented again to the electors for a
 9  period of four (4) years from the date of the election;
10         (g)  If an election held under subsection (a) of this section
11  results in the failure to adopt the question under subsection (a) of this
12  section, then the failed question shall not be presented again to the
13  electors for a period of two (2) years from the date of the election;
14         (h)  Notice of the election shall be given by the clerk of the
15  city by one (1) publication in a newspaper having general circulation within
16  the city not less than ten (10) calendar days before the election;
17         (i)  Within thirty (30) calendar days after completion of the
18  tabulation of the votes, the mayor of the city shall proclaim the results of
19  the election by issuing a proclamation and publishing it one (1) time in a
20  newspaper having general circulation within the city;
21         (j)  The results of the election as stated in the proclamation
22  shall be conclusive unless a suit contesting the proclamation is filed in the
23  circuit court in the county where the election took place within thirty (30)
24  calendar days after the date of publication of the proclamation;
25         (k)  If the question under subsection (a) of this section is
26  approved at an election as provided in this section, that approval shall be
27  final and shall continue in effect thereafter as long as authorized;
28         (l)  The mayor shall continue to be selected under § 14-61-111;
29  and
30         (m)  At the time of a transition after an election as provided in
31  this section, the current mayor shall continue to serve until the end of his
32  or her elected term.
33
34      SECTION 2.  Arkansas Code § 14-47-108(a), concerning the effect of
35  reorganization of a city manager form of government on other city offices, is
36  amended to read as follows:
```

EXHIBIT A

```
 1          (a)(1)  When, in connection with the reorganization of a municipality
 2     under this chapter, an initial board of directors shall be elected, the
 3     reorganization shall be deemed to be effective as of the time when the
 4     respective terms of office of the directors commence.
 5              (2)  Concurrent with the commencement of the terms of the
 6     directors:
 7                  (A)  The office of mayor, as existing under the aldermanic
 8     form of government, all memberships on the city council, and all memberships
 9     on the board of public affairs shall become vacant, each of these offices
10     being abolished as to cities reorganized under this chapter;
11                  (B)(i)  Except Subject to subdivision (a)(2)(B)(iii) of
12     this section and except as is otherwise provided for city attorneys in cities
13     with the city manager form of government having a population of more than one
14     hundred thousand (100,000) persons according to the most recent federal
15     decennial census, the statutory term of office of the city treasurer, city
16     clerk, city attorney, city marshal, and recorder in cities of the second
17     class shall cease and terminate, and the incumbent of each of these offices
18     shall remain in office subject to removal and replacement at any time by the
19     board of directors;.
20                  (ii)(a)  In Subject to subdivision (a)(2)(B)(iii) of
21     this section, in cities with the city manager form of government having a
22     population of more than one hundred thousand (100,000) persons according to
23     the most recent federal decennial census, the statutory term of office of the
24     city attorney shall cease and terminate, and the incumbent city attorney
25     shall remain in office subject to removal and replacement at any time by the
26     city manager, if the authority is vested in the city manager through:
27                          (a)(1)  An ordinance of the board of
28     directors; or
29                          (b)(1)(2)  An initiated measure, adopted
30     pursuant to Arkansas Constitution, Amendment 7.
31                      (2)(b)  If the authority is vested by an
32     initiated measure, the board of directors shall not have the authority to
33     rescind the authority; and.
34                  (iii)  In cities with the city manager form of
35     government having a population of more than one hundred thousand (100,000)
36     persons according to the most recent federal decennial census, the statutory
```

EXHIBIT A

```
 1    term of office of the city attorney shall cease and terminate, and the
 2    incumbent city attorney shall remain in office subject to removal and
 3    replacement at any time by the mayor if the authority is vested in the mayor
 4    under § 14-47-140; and
 5                    (C)(i)  Every other executive officer or executive employee
 6    of the city, including, without limiting the foregoing, the city purchasing
 7    agent and the members hereinafter called "board members" of every other
 8    municipal board, authority, or commission, whether the office, employment,
 9    board, authority, or commission exists under statute or under any ordinance
10    or resolution, whose official term of office or employment is fixed by
11    statute, ordinance, or resolution, shall serve until the expiration of the
12    term so fixed, after which the position held by each such executive officer,
13    executive employee, or board member shall be filled through appointment by
14    the board of directors, the appointees to hold at the will of the board.
15    However, in cities with the city manager form of government having a
16    population of more than one hundred thousand (100,000) persons, according to
17    the most recent federal decennial census, the appointments shall be made by
18    the mayor and appointees shall hold at the will of the mayor, if the mayor is
19    authorized to make the appointments by:
20                            (a)  The board of directors, by ordinance; or
21                            (b)  An initiated measure, adopted pursuant to
22    Arkansas Constitution, Amendment 7. If the authority is vested by an
23    initiated measure, the board of directors shall not have the power to rescind
24    the authority.
25                    (ii)  Each such executive officer, executive
26    employee, or board member serving on the effective date of the
27    reorganization, and whose office, employment, or board membership carries no
28    fixed term created either by statute, ordinance, or resolution shall be
29    subject to removal and replacement at any time by the board of directors or
30    the mayor, if authorized.
31                    (iii)  However, the provisions of this subdivision
32    (a)(2)(C) shall be subject to the provisions of subsection (b) of this
33    section and to the exceptions therein contained.
34
35            SECTION 3.  EMERGENCY CLAUSE.  It is found and determined by the
36    General Assembly of the State of Arkansas that Arkansas cities are faced with
```

EXHIBIT A

1  ever-increasing problems of providing services to their citizens caused by a
2  combination of globalization, rapid technological change, rising citizen
3  expectations, mandates from higher levels of government, and a constrained
4  tax base which together have created a context in which more effective and
5  efficient methods of governance have become mandatory; and that this act is
6  immediately necessary to meet these needs and for the efficiency of
7  government.  Therefore, an emergency is declared to exist and this act being
8  immediately necessary for the preservation of the public peace, health, and
9  safety shall become effective on:
10         (1)  The date of its approval by the Governor;
11         (2)  If the bill is neither approved nor vetoed by the Governor,
12  the expiration of the period of time during which the Governor may veto the
13  bill; or
14         (3)  If the bill is vetoed by the Governor and the veto is
15  overridden, the date the last house overrides the veto.
16
17                         /s/ D. Johnson, et al
18
19                                                   APPROVED: 3/29/2007

EXHIBIT A