IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

NICOLE WINSTEAD *et al.*                                               PLAINTIFFS

VS.                              NO. 4:07CV00682WRW

MARK STODOLA *et al.*                                                  DEFENDANTS

## ORDER

Attached as an Exhibit to this Order is a copy of a letter sent yesterday to Plaintiffs' counsel. The significance of this letter is, I believe, evident on its face.

This case is DISMISSED WITHOUT PREJUDICE. If Plaintiffs choose to refile the case, the complaint must be accompanied by a brief which addresses each point in Defendants' Motions to Dismiss -- and this brief can address any other point deemed important by Plaintiffs.

IT IS SO ORDERED this 30TH day of August 2007.

/s/ Wm. R. Wilson Jr.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL, ROOM 423
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**August 29, 2007**

Mr. Rickey H. Hicks
Attorney at Law
415 Main Street
Little Rock, AR 72201          **Via Fax and e-mail**

Mr. R. S. McCullough
Post Office Box 56530
Little Rock, AR 72215
*Pro-Se* Plaintiff

RE: *Winstead v. Stodola et al.* 4:07CV00682

Dear Gentlemen:

Since you did not file a brief day before yesterday, the deadline, I assume that you concede the merit of Defendants' Motion to Dismiss.

If my assumption is incorrect, your brief must be filed by noon tomorrow, Thursday, August 30, 2007.

Cordially,

Wm. R. Wilson, Jr.

Original to Mr. James McCormack, Clerk

cc: Mr. Thomas M. Carpenter, Mr. William Mann, City Attorney's Office Via Fax /e-mail
    Ms. Amanda Mankin Michell, Ms. Karla Burnett, County Attorney's Office Via Fax/e-mail
    Mr. Scott Paris Richardson, Via Fax/e-mail