IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

NICOLE WINSTEAD, ET AL.                             PLAINTIFFS

V.                  NO. 4:07CV00682 WRW

MARK STODOLA, ET AL.                              DEFENDANTS

## NOTICE OF APPEAL

Notice is hereby given that plaintiffs appeal to the United States Court of Appeals for the Eighth Circuit from the judgment entered in this matter on or about September 13, 2007. Additionally, plaintiffs designate the entire record in this matter as necessary for the appeal, especially but not limited to those hearings which occurred on or about August 13, 2007.

                                       Respectfully submitted,

                                       P.O. Box 56530
                                       Little Rock, AR 72215
                                       (501) 612.8347
                                       BY: /original signed/
                                       K.S. MCCULLOUGH
                                       Pro se

Rickey Hicks
Attorney at Law
415 Main Street
Little Rock, AR 72201
(501) 374.2574
BY: /original signed/

## CERTIFICATE OF SERVICE

I, undersigned, do hereby certify that on this ___12 September 2007___, a copy of the foregoing has been hand delivered or mailed, postage prepaid to proper address of all parties or all counsel of records for the same.

By /original signed

```
Court Name: EASTERN DISTRICT OF ARKANSAS
Division: 4
Receipt Number: LIT008306
Cashier ID: japige
Transaction Date: 10/12/2007
Payer Name: MAC ONE PRODUCTIONS INC

NOTICE OF APPEAL/DOCKETING FEE
 For: MAC ONE PRODUCTIONS INC
 Case/Party: D-ARE-4-07-CV-000682-001
 Amount:         $455.00

CHECK
 Check/Money Order Num: 1129
 Amt Tendered: $455.00

Total Due:      $455.00
Total Tendered: $455.00
Change Amt:       $0.00


"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  A $45 fee will
be charged for a returned check."
```