# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
 *Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

October 23, 2007

Mr. Rickey H. Hicks
523 S. Louisiana Street
Little Rock,  AR  72201-0000

Mr. R. S. McCullough
MCCULLOUGH LAW FIRM
P.O. Box 56530
Little Rock,  AR  72215-6530

          RE:  07-3413  Nicole Winstead, et al v. Mark Stodola, et al

Dear Counsel:

        The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

        Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

        The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs are available on our website, the address of which is shown above.

        Within 10 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

        The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

  Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

  On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at www.ca8.uscourts.gov/files/cmecfstandingorder.pdf. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://pacer.psc.uscourts.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

  If you have any questions about the schedule or procedures for the case, please contact our office.

            Michael E. Gans
            Clerk of Court

llb

Enclosure(s)

cc: Ms. Karla Moore Burnett
  Mr. Thomas Milton Carpenter
  Mr. William Clark Mann III
  Mr. Jim McCormack
  Ms. Amanda Mankin Mitchell
  Ms. Christa Newburg
  Mr. Scott Paris Richardson

  District Court/Agency Case Number(s):   4:07-cv-00682-WRW

**Caption For Case Number:   07-3413**

**Nicole Winstead; Stephan Pettus; Aretha Ward; Leta Anthony; R. S. McCullough, On Behalf of Themselves and all others similarly situated,**

      **Plaintiffs - Appellants**

**v.**

**Mark Stodola, Individual and Official Capacity; Tom Carpenter, Individual and Official Capacity; City of Little Rock; Stacy Hurst, Individual and Official Capacity; Brad Cazort, Individual and Official Capacity; Michael Keck, Individual and Official Capacity; Doris Wright, Individual and Official Capacity; Dean Kumpuris, Individual and Official Capacity; Gene Fortson, Individual and Official Capacity; Kent Walker, Individual and Official Capacity; Martha McCaskill, Individual and Official Capacity; Ozell Snider, Individual and Official Capacity; Susan Inman, Individual and Official Capacity; Mike Beebe, Individual and Official Capacity; State of Arkansas,**

      **Defendants - Appellees**

**Addresses For Case Participants:   07-3413**

Mr. Rickey H. Hicks
523 S. Louisiana Street
Little Rock,  AR  72201-0000

Mr. R. S. McCullough
MCCULLOUGH LAW FIRM
P.O. Box 56530
Little Rock,  AR  72215-6530

Ms. Karla Moore Burnett
PULASKI COUNTY ATTORNEY'S OFFICE
201 S. Broadway
Suite 400
Little Rock,  AR  72201-0000

Mr. Thomas Milton Carpenter
CITY ATTORNEY'S OFFICE
500 W. Markham Street
310 City Hall
Little Rock,  AR  72201-1496

Mr. William Clark Mann III
CITY ATTORNEY'S OFFICE
500 W. Markham Street
310 City Hall
Little Rock,  AR  72201-1496

Mr. Jim McCormack
U.S. DISTRICT COURT
Eastern District of Arkansas
600 W. Capitol Avenue
Room A149
Little Rock,  AR  72201-0000

Ms. Amanda Mankin Mitchell
PULASKI COUNTY ATTORNEY'S OFFICE
201 S. Broadway
Suite 400
Little Rock,  AR  72201-0000

Ms. Christa Newburg
Room 149
600 W. Capitol Avenue
Little Rock,  AR  72203-0000

Mr. Scott Paris Richardson
ATTORNEY GENERAL'S OFFICE
323 Center Street
200 Catlett-Prien Building
Little Rock,  AR  72201-0000

Case 4:07-cv-00682-BRW   Document 69   Filed 10/23/07   Page 5 of 11



| | |
|---|---|
| 8cc-cmecf-nda@ck8.uscourts.gov<br>10/23/2007 10:52 AM | To ared_appeals@ared.uscourts.gov<br>cc<br>bcc<br>Subject Activity in Case 07-3413 Nicole Winstead, et al v. Mark Stodola, et al "CIVIL case docketed" |

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

**Notice of Docket Activity**

The following transaction was filed on 10/23/2007

| | |
|---|---|
| **Case Name:** | Nicole Winstead, et al v. Mark Stodola, et al |
| **Case Number:** | 07-3413 |
| **Document(s):** | Document(s) |

**Docket Text:**
Civil case docketed. [3364947] [07-3413]

The following document(s) are associated with this transaction:
**Document Description:** form(s) sent
**Original Filename:**
/opt/ACECF/live/forms/lburmeister_073413_3364947_CivilDocketingLetters_104.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=10/23/2007] [FileNumber=3364947-0]
[038230b04e0ae99efd2f0523edf8d58474f9af38cf9635ad90884a72b73f9d5a186c1fb4de0f4cb5cf6c2c3eed2ea5d669d602f2dc0ebfec4e844e6abcd53aa0]]

**07-3413 Notice will be electronically mailed to:**

Carpenter, Thomas Milton: tcarpenter@littlerock.org, dbaldwin@littlerock.org, bengster@littlerock.org
Mann, William Clark, III: bmann@littlerock.org, dbaldwin@littlerock.org
McCormack, Jim: ared_appeals@ared.uscourts.gov
Newburg, Christa: Christa_Newburg@ared.uscourts.gov
Richardson, Scott Paris: scott.richardson@arkansasag.gov, danielle.williams@arkansasag.gov

**07-3413 Notice will be mailed to:**

Burnett, Karla Moore

PULASKI COUNTY ATTORNEY'S OFFICE
201 S. Broadway
Suite 400
Little Rock, AR 72201-0000

Hicks, Rickey H.
523 S. Louisiana Street
Little Rock, AR 72201-0000

McCullough, R. S.
MCCULLOUGH LAW FIRM
P.O. Box 56530
Little Rock, AR 72215-6530

Mitchell, Amanda Mankin
PULASKI COUNTY ATTORNEY'S OFFICE
201 S. Broadway
Suite 400
Little Rock, AR 72201-0000

The following information is for the use of court personnel:


**DOCKET ENTRY ID:** 3364947
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 3602524

# UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

## APPEAL BRIEFING SCHEDULE ORDER

Appeal No.     07-3413   Nicole Winstead, et al v. Mark Stodola, et al

Date:          October 23, 2007

## APPEAL REQUIREMENTS

1. Complete and file immediately:
   A. Appeal Information Form. See 8th Cir. R. 3B.
   B. Corporate Disclosure Statement. See 8th Cir. R. 26.1A.
   C. Entry of Appearance Form.
      Appeal Information Forms and Appearance Forms are available at:
      www.ca8.uscourts.gov/newcoa/forms.htm

2. Prepare the Record on Appeal:
   A. Within 10 days, confer with opposing counsel and determine the method of Appendix preparation. See FRAP 30 and 8th Cir. R. 30A.
   B. Within 10 days, order any transcripts required for the appeal and arrange for payment. If no transcript is required, file a certificate of waiver. See FRAP 10(b). Appellee should order any additional transcripts within 10 days of appellant's order.
   C. Review the "Record on Appeal" at:  www.ca8.uscourts.gov/newcoa/appealInfo.htm .

3. Review "Briefing Checklist" and "Pointers on Preparing Briefs" at:
   www.ca8.uscourts.gov/newcoa/appealInfo.htm .

## GENERAL INFORMATION

The following filing dates are established for the appeal. The dates will only be extended upon the filing of a timely motion establishing good cause for an extension of time. An extension of time automatically extends the filing date for the responding or replying party's brief. Dates are advanced if a party files its brief before the due date. Please refer to FRAP 25, FRAP 26 and FRAP 31 for provisions governing filing and service, as well as computing and extending time.

The Federal Rules of Appellate Procedure and the Eighth Circuit's Local Rules may be found at www.ca8.uscourts.gov/newcoa/publs/publs.htm

The Practitioner's Handbook and the Court's Internal Operating Procedures may also be found at the same address.

## APPEAL BRIEFING SCHEDULE
## FILING DATES:

Method of Appendix Preparation Notification. . . . . . . . . . . . . . . . . . . . . . . **10 days from today**

Designation & Statement of Issues-Appellant . . . . . . . . . . . . . . . . . . . . . . **10 days from today**

Designation of Record-Appellee. . . . . . . . . . **10 days from service of appellant's designation**

Transcript . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **12/03/2007**
    ( **Christa Newburg** )

Appendix (3 copies) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **12/12/2007**
    ( **Leta Anthony, et al** )

Appellant Brief with addendum . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **12/12/2007**
    ( **Leta Anthony, et al** )

Appellee Brief. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**30 days from service of Appellant Brief**

Reply Brief . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**14 days from service of Appellee Brief**

## ALL BRIEFS AND APPENDICES SHOULD BE
## FILED WITH THE ST. LOUIS OFFICE

| | | | |
|---|---|---|---|
|  | 8cc-cmecf-nda@ck8.uscourts.gov<br>10/23/2007 10:59 AM | To<br>cc<br>bcc<br>Subject | ared_appeals@ared.uscourts.gov<br><br><br>Activity in Case 07-3413 Nicole Winstead, et al v. Mark Stodola, et al "Civil Briefing Schedule Set" |

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

**Notice of Docket Activity**

The following transaction was filed on 10/23/2007
**Case Name:**   Nicole Winstead, et al v. Mark Stodola, et al
**Case Number:**   07-3413
**Document(s):**   Document(s)

**Docket Text:**
BRIEFING SCHEDULE SET AS FOLLOWS: Transcript due on or before 12/03/2007. Appendix due 12/12/2007. Brief appellant, Leta Anthony, R. S. McCullough, Stephan Pettus, Aretha Ward and Nicole Winstead due 12/12/2007 Appellee brief is due 30 days following service of appellant's brief. Appellant reply brief is due 14 days following service of appellee brief. [3364963] [07-3413]

The following document(s) are associated with this transaction:
**Document Description:** form(s) sent
**Original Filename:**
/opt/ACECF/live/forms/lburmeister_073413_3364963_AppealBriefingSchedule_172.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=10/23/2007] [FileNumber=3364963-0]
[1dde281919fd20771b5e7562543cc008bb56ba22b6d45d4aa0d02fa13f41d748ef056ddf1aa9902f
acac29993b4bbb5b9ef73fbaec592d480d8ba62354ce4903]]

**07-3413 Notice will be electronically mailed to:**

Carpenter, Thomas Milton: tcarpenter@littlerock.org, dbaldwin@littlerock.org, bengster@littlerock.org
Mann, William Clark, III: bmann@littlerock.org, dbaldwin@littlerock.org
McCormack, Jim: ared_appeals@ared.uscourts.gov
Newburg, Christa: Christa_Newburg@ared.uscourts.gov
Richardson, Scott Paris: scott.richardson@arkansasag.gov, danielle.williams@arkansasag.gov

**07-3413 Notice will be mailed to:**

Burnett, Karla Moore
PULASKI COUNTY ATTORNEY'S OFFICE
201 S. Broadway
Suite 400
Little Rock, AR 72201-0000

Hicks, Rickey H.
523 S. Louisiana Street
Little Rock, AR 72201-0000

McCullough, R. S.
MCCULLOUGH LAW FIRM
P.O. Box 56530
Little Rock, AR 72215-6530

Mitchell, Amanda Mankin
PULASKI COUNTY ATTORNEY'S OFFICE
201 S. Broadway
Suite 400
Little Rock, AR 72201-0000

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 3364963
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 3602544