

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 23 2007

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

NICOLE WINSTEAD, ET AL.                    PLAINTIFFS

V.          NO. 4:07CV00682 WRW

MARK STODOLA, ET AL.                       DEFENDANTS

MOTION TO STAY

Comes now the plaintiffs and moves this Court to stay this matter pending appeal.

Respectfully submitted,

P.O. Box 56530
Little Rock, AR 72215
(501) 612.8347
BY: /original signed/
R.S. MCCULLOUGH
Pro se

Rickey Hicks
Attorney at Law
415 Main Street
Little Rock, AR 72201
(501) 374.2574
BY: /original signed/

CERTIFICATE OF SERVICE

I, undersigned, do hereby certify that on this __23__ OCTOBER_ 2007___, a copy of the foregoing has been hand delivered or mailed, postage prepaid to proper address of all parties or all counsel of records for the same.

By /original signed/