**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**NICOLE WINSTEAD** *et al.*                                          **PLAINTIFFS**

**VS.**                                   **4:07CV00682WRW**

**MARK STODOLA** *et al.*                                             **DEFENDANTS**

**ORDER**

Pending is Plaintiffs' Motion to Stay (Doc. No. 70).  This case is currently on appeal.

The motion is DENIED, because I doubt I have jurisdiction of this case at this point.

But, even if I had jurisdiction, I would deny the motion.

IT IS SO ORDERED this 25th day of October, 2007.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE