# TRANSMITTAL SHEET

**TO:** Clerk, USCA 8        **DATE: 11/29/07**

**FROM:** U.S. District Court Clerk
Eastern District of Arkansas
Little Rock, Arkansas

**APPEAL NO: 07-3413**

**DISTRICT COURT NO: 4:07cv00682 Winstead, et al v. Stodola, etc et al**

**TRANSMITTED HEREWITH:**

    **Original Files**

      **Volumes:**

     **Clerk's Record:**

    **Transcripts:**

        Volume and Date: I - 8/13/07 Hearing
        Volume and Date:
        Volume and Date:
        Volume and Date:

    Exhibits:

        Plaintiff

        Defendants:

        Joint

    Other:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## USCA 8   ACKNOWLEDGMENT

RECEIPT                                        RETURNED TO DISTRICT COURT

                                                   Date:

By: _____     By: _____
      Deputy Clerk                                               Deputy Clerk