# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 07-3413

Leta Anthony, et al.,

R. S. McCullough, On Behalf of Themselves and all others similarly situated,

Appellant

v.

Mark Stodola, Individual and Official Capacity, et al.,

Appellees

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:07-cv-00682-WRW)
_____

**ORDER**

The original file of the originating court shall serve as the record on appeal. The appendices required by the Eighth Circuit Rule 30A shall not be required. The Clerk of the originating court is requested to forward the original file to this court forthwith, **together with any exhibits and documents maintained in paper format or filed under seal.**

April 28, 2008

Order Entered Under Rule 27B(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
           /s/ Michael E. Gans

# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

April 28, 2008

Mr. R. S. McCullough
MCCULLOUGH LAW FIRM
P.O. Box 56530
Little Rock, AR  72215-6530

    RE:  07-3413  R.S. McCullough v. Mark Stodola

Dear Mr. McCullough:

    Enclosed is a copy of an order entered today in the above case.

                                   Michael E. Gans
                                   Clerk of Court

LLB

Enclosure(s)

cc:    Mr. Thomas Milton Carpenter
       Mr. William Clark Mann III
       Mr. Scott Paris Richardson
       Ms. Christa Newburg
       Mr. Jim McCormack

    District Court/Agency Case Number(s):  4:07-cv-00682-WRW



| | |
|---|---|
| 8cc-cmecf-nda@ck8.uscourts.gov | To |
| 04/28/2008 08:59 AM | cc |
| | bcc |
| | Subject   07-3413 R.S. McCullough v. Mark Stodola "Clerk order filed" |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 04/28/2008

| | |
|---|---|
| **Case Name:** | R.S. McCullough v. Mark Stodola |
| **Case Number:** | 07-3413 |
| **Document(s):** | Document(s) |

**Docket Text:**
CLERK ORDER:The Court will consider the appeal on the original file of the originating court in lieu of a designated record, together with any exhibits and documents maintained in paper format. The clerk of the originating court is requested to forward the file to this office. [3427667] [07-3413]

The following document(s) are associated with this transaction:
**Document Description:**Cover Letter
**Original Filename:**
/opt/ACECF/live/forms/lburmeister_073413_3427667_GeneralCoverLetters_122.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=04/28/2008] [FileNumber=3427667-0] [b131c8aa94d8736da3aabfa1451d9f7722ef184c0bed204f47e1a7c2c651d39a0474bb1f895dcc50 86c8fc9a7e11bd55b3bfc39fc2fe68e4f07714e3a7411b95]]
**Recipients:**
- Mr. Carpenter, Thomas Milton, City Attorney
- Mr. Mann, William Clark, III
- Mr. McCormack, Jim, Clerk of Court
- Mr. McCullough, R. S.
- Ms. Newburg, Christa, Court Reporter
- Mr. Richardson, Scott Paris, Assistant Attorney General

**Document Description:** Clerk's Order
**Original Filename:**
/opt/ACECF/live/forms/lburmeister_073413_3427667_ClkOrdNeedOriginalFile_275.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=04/28/2008] [FileNumber=3427667-1]
[421e88c4c5614bb4edf483b4cbd312e900f0edec4b51076e1511613866b61aabfc5a5b1e5daf9a44
e7cd856efe16d04b8bc03d8a5a959c35e679405efc934bb9]]
**Recipients:**
- Mr. Carpenter, Thomas Milton, City Attorney
- Mr. Mann, William Clark, III
- Mr. McCormack, Jim, Clerk of Court
- Mr. McCullough, R. S.
- Ms. Newburg, Christa, Court Reporter
- Mr. Richardson, Scott Paris, Assistant Attorney General

**Notice will be electronically mailed to:**

Mr. Carpenter, Thomas Milton, City Attorney: tcarpenter@littlerock.org,
dbaldwin@littlerock.org, bengster@littlerock.org
Mr. Mann, William Clark, III: bmann@littlerock.org, dbaldwin@littlerock.org
Mr. McCormack, Jim, Clerk of Court: ared_appeals@ared.uscourts.gov
Ms. Newburg, Christa, Court Reporter: Christa_Newburg@ared.uscourts.gov
Mr. Richardson, Scott Paris, Assistant Attorney General: scott.richardson@arkansasag.gov,
danielle.williams@arkansasag.gov

**Notice will be mailed to:**

Mr. McCullough, R. S.
MCCULLOUGH LAW FIRM
P.O. Box 56530
Little Rock, AR 72215-6530

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 3427667
**RELIEF(S) DOCKETED:**
   case proceeding on of (need file)
**DOCKET PART(S) ADDED:** 3715650, 3715651, 3715652