# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-3413
_____

| | |
|---|---|
| Leta Anthony; Stephan Pettus; Aretha Ward; Nicole Winstead, | *<br>*<br>* |
| Plaintiffs, | *<br>* |
| R. S. McCullough, On Behalf of Themselves and all others similarly situated, | *<br>*<br>*<br>* |
| Appellant, | * |
| v. | * Appeal from the United States<br>* District Court for the<br>* Eastern District of Arkansas. |
| Mark Stodola, Individual and Official Capacity; Tom Carpenter, Individual and Official Capacity; City of Little Rock; Stacy Hurst, Individual and Official Capacity; Brad Cazort, Individual and Official Capacity; Michael Keck, Individual and Official Capacity; Doris Wright, Individual and Official Capacity; Dean Kumpuris, Individual and Official Capacity; Gene Fortson, Individual and Official Capacity, | *<br>*<br>* [UNPUBLISHED]<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |
| Appellees, | *<br>* |
| Kent Walker, Individual and Official Capacity; Ozell Snider, Individual and Official Capacity; Susan Inman, Individual and Official Capacity, | *<br>*<br>*<br>*<br>* |
| Defendants, | * |

| | |
|---|---|
| Mike Beebe, Individual and Official Capacity; State of Arkansas, | *<br>*<br>* |
| Appellees, | *<br>* |
| Martha McCaskill, Individual and Official Capacity, | *<br>*<br>* |
| Defendants. | * |

_____

Submitted: June 4, 2009
Filed: July 27, 2009
_____

Before RILEY, SMITH, and BENTON, Circuit Judges.
_____

PER CURIAM.

  R.S. McCullough challenges the district court's[1] dismissal of his civil action for lack of standing. After de novo review, *see St. Paul Area Chamber of Commerce v. Gaertner*, 439 F.3d 481, 484 (8th Cir. 2006) (standard of review), we agree that he lacked standing, *see Lujan v. Defenders of Wildlife*, 504 U.S. 555, 560-61, 573-74 (1992) (party invoking federal jurisdiction bears burden of establishing standing elements; recognizing that plaintiff who raises only generally available grievance about government does not state Article III case or controversy); *cf. Shaw v. Hunt*, 517 U.S. 899, 904 (1996) (plaintiff who resides in district which is subject of racial-gerrymander claim has standing to challenge legislation which created that district, but plaintiff from outside that district lacks standing absent specific evidence that he personally has been subjected to racial classification); *United States v. Hays*, 515 U.S. 737, 743-44 (1995) (rule against generalized grievances applies with as much force in equal protection context; if governmental actor is discriminating on basis of race,

---

[1]The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.

-3-

resulting injury accords basis for standing only to those persons who are personally denied equal treatment by challenged discriminatory conduct); *Oti Kaga, Inc. v. S.D. Hous. Dev. Auth.*, 342 F.3d 871, 880 (8th Cir. 2003) (claimed injury runs afoul of prudential standing when its effects are indistinct from those felt by persons generally, thus depriving plaintiff of unique stake in controversy).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

July 27, 2009

Mr. R. S. McCullough
MCCULLOUGH LAW FIRM
P.O. Box 56530
Little Rock, AR  72215-6530

RE:  07-3413  R.S. McCullough v. Mark Stodola

Dear Counsel:

The court has issued an opinion in this case. Judgment has been entered in accordance with the opinion. The opinion will be released to the public at 10:00a.m. today. Please hold the opinion in confidence until that time.

Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing and petitions for rehearing en banc <u>must</u> be received in the clerk's office within 14 days of the date of the entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. No grace period for mailing is allowed, and the date of the postmark is irrelevant for pro-se-filed petitions. Any petition for rehearing or petition for rehearing en banc which is not received within the 14 day period for filing permitted by FRAP 40 may be denied as untimely.

Michael E. Gans
Clerk of Court

CMD

Enclosure(s)

cc:     Mr. Thomas Milton Carpenter
        Mr. William Clark Mann III
        Mr. Jim McCormack
        Mr. Scott Paris Richardson

        District Court/Agency Case Number(s):  4:07-cv-00682-WRW



| | |
|---|---|
| 8cc-cmecf-nda@ck8.uscourts.gov<br>07/27/2009 09:34 AM | To<br>cc<br>bcc<br>Subject  07-3413 R.S. McCullough v. Mark Stodola "per curiam opinion filed" |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 07/27/2009

| | |
|---|---|
| **Case Name:** | R.S. McCullough v. Mark Stodola |
| **Case Number:** | 07-3413 |
| **Document(s):** | Document(s) |

**Docket Text:**
PER CURIAM OPINION FILED - THE COURT: WILLIAM JAY RILEY, LAVENSKI R. SMITH and DUANE BENTON (UNPUBLISHED) [3569936] [07-3413] (CMD)

The following document(s) are associated with this transaction:
**Document Description:** per curiam opinion filed
**Original Filename:** 073413U.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=07/27/2009] [FileNumber=3569936-0] [03d2451e812bb210c45cc7117407e44f8e20bc4b9ba7fb6476c5f5c58f61b070bd120bb2941d9dd cd3c41a19a10c43c9c8fdf23c18784cb1a274a3351160c284]]

**Document Description:** Counsel Opinion Letter
**Original Filename:**
/opt/ACECF/live/forms/cdolan_073413_3569936_CounselOpinionLetters_285.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=07/27/2009] [FileNumber=3569936-1] [287a21ba1dcaf9e15aa81ea931a66ae4e9e8aa3ed0b080eebcede576e0fe5fa51b09af3de0bba32ce2 449f0078e23c40a3c4eb54eb5a6669e88c079e1913ca65]]
**Recipients:**
- Mr. Carpenter, Thomas Milton, City Attorney
- Mr. Mann, William Clark, III

- [Mr. McCormack, Jim, Clerk of Court](#)
- [Mr. McCullough, R. S.](#)
- [Mr. Richardson, Scott Paris, Assistant Attorney General](#)

**Notice will be electronically mailed to:**

Mr. Carpenter, Thomas Milton, City Attorney: tcarpenter@littlerock.org, dbaldwin@littlerock.org, bengster@littlerock.org
Mr. Mann, William Clark, III: bmann@littlerock.org, dbaldwin@littlerock.org
Mr. McCormack, Jim, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Richardson, Scott Paris, Assistant Attorney General: scott.richardson@arkansasag.gov, danielle.williams@arkansasag.gov

**Notice will be mailed to:**

Mr. McCormack, Jim, Clerk of Court
U.S. DISTRICT COURT
Eastern District of Arkansas
600 W. Capitol Avenue
Room A149
Little Rock, AR 72201-0000

Mr. McCullough, R. S.
MCCULLOUGH LAW FIRM
P.O. Box 56530
Little Rock, AR 72215-6530

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 3569936
**RELIEF(S) DOCKETED:**
  not for publication
**DOCKET PART(S) ADDED:** 3973773, 3973774, 3973775