# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 07-3413
_____

Leta Anthony; Stephan Pettus; Aretha Ward; Nicole Winstead,

Plaintiffs

R. S. McCullough, On Behalf of Themselves and all others similarly situated,

Plaintiff - Appellant

v.

Mark Stodola, Individual and Official Capacity; Tom Carpenter, Individual and Official Capacity; City of Little Rock; Stacy Hurst, Individual and Official Capacity; Brad Cazort, Individual and Official Capacity; Michael Keck, Individual and Official Capacity; Doris Wright, Individual and Official Capacity; Dean Kumpuris, Individual and Official Capacity; Gene Fortson, Individual and Official Capacity,

Defendants - Appellees

Kent Walker, Individual and Official Capacity; Ozell Snider, Individual and Official Capacity; Susan Inman, Individual and Official Capacity,

Defendants

Mike Beebe, Individual and Official Capacity; State of Arkansas,

Defendants - Appellees

Martha McCaskill, Individual and Official Capacity,

Defendant

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:07-cv-00682-WRW)
_____

## JUDGMENT

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

July 27, 2009

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
　　　　/s/ Michael E. Gans

| | | |
|---|---|---|
|  | 8cc-cmecf-nda@ck8.uscourts.gov<br>07/27/2009 09:38 AM | To<br>cc<br>bcc<br>Subject  07-3413 R.S. McCullough v. Mark Stodola "judgment filed" |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 07/27/2009
**Case Name:**         R.S. McCullough v. Mark Stodola
**Case Number:**       07-3413
**Document(s):**       Document(s)


**Docket Text:**
JUDGMENT FILED - The judgment of the Originating Court is AFFIRMED in accordance with the opinion. WILLIAM JAY RILEY, LAVENSKI R. SMITH and DUANE BENTON Scrg May 2009 [3569938] [07-3413] (CMD)

The following document(s) are associated with this transaction:
**Document Description:** Judgment With Opinions
**Original Filename:**
/opt/ACECF/live/forms/cdolan_073413_3569938_JudgmentsWithOpinions_258.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=07/27/2009] [FileNumber=3569938-0] [09356b1f29424dac52174020e350972d1be6a599e932e58a1f0970caf448cc6ea9a711f58f77c02cfed846439085d499d78e624d3eb0bd91e187091d20d8a9b4]]
**Recipients:**
- Mr. Carpenter, Thomas Milton, City Attorney
- Mr. Mann, William Clark, III
- Mr. McCormack, Jim, Clerk of Court
- Mr. McCullough, R. S.
- Mr. Richardson, Scott Paris, Assistant Attorney General


**Notice will be electronically mailed to:**

Mr. Carpenter, Thomas Milton, City Attorney: tcarpenter@littlerock.org, dbaldwin@littlerock.org, bengster@littlerock.org
Mr. Mann, William Clark, III: bmann@littlerock.org, dbaldwin@littlerock.org
Mr. McCormack, Jim, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Richardson, Scott Paris, Assistant Attorney General: scott.richardson@arkansasag.gov, danielle.williams@arkansasag.gov

**Notice will be mailed to:**

Mr. McCormack, Jim, Clerk of Court
U.S. DISTRICT COURT
Eastern District of Arkansas
600 W. Capitol Avenue
Room A149
Little Rock, AR 72201-0000

Mr. McCullough, R. S.
MCCULLOUGH LAW FIRM
P.O. Box 56530
Little Rock, AR 72215-6530

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 3569938
**RELIEF(S) DOCKETED:**
   affirmed
**DOCKET PART(S) ADDED:** 3973779, 3973780, 3973781