# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 07-3413

Leta Anthony, et al.,

R. S. McCullough, On Behalf of Themselves and all others similarly situated,

Appellant

v.

Mark Stodola, Individual and Official Capacity, et al.,

Appellees

------------------------------------------------------------

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:07-cv-00682-WRW)

------------------------------------------------------------

**MANDATE**

In accordance with the opinion and judgment of 07/27/2009, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

August 24, 2009

Clerk, U.S. Court of Appeals, Eighth Circuit



| | | |
|---|---|---|
| 8cc-cmecf-nda@ck8.uscourts.gov<br>08/24/2009 01:37 PM | To<br>cc<br>bcc<br>Subject | <br><br><br>07-3413 R.S. McCullough v. Mark Stodola "Mandate Issued" |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 08/24/2009

| | |
|---|---|
| **Case Name:** | R.S. McCullough v. Mark Stodola |
| **Case Number:** | 07-3413 |
| **Document(s):** | Document(s) |

**Docket Text:**
MANDATE ISSUED. [3579230] [07-3413] (CMD)

The following document(s) are associated with this transaction:
**Document Description:** Mandate
**Original Filename:**
/opt/ACECF/live/forms/cdolan_073413_3579230_MandateIssuedForms_386.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=08/24/2009] [FileNumber=3579230-0]
[85f29827bdf6ba32f28fbb72adf0b67fa0caa530caffba3c6bb9b3ac5ecdf8f808d0d463fe4156d3a5
dc54f1746ef09ad42fb256d99ebdb0fed81929af8f52e4]]
**Recipients:**
- Mr. Carpenter, Thomas Milton, City Attorney
- Mr. Mann, William Clark, III
- Mr. McCormack, Jim, Clerk of Court
- Mr. McCullough, R. S.
- Mr. Richardson, Scott Paris, Assistant Attorney General
- Honorable Wilson, William R., U.S. District Judge

**Notice will be electronically mailed to:**

Mr. Carpenter, Thomas Milton, City Attorney: tcarpenter@littlerock.org,

dbaldwin@littlerock.org, bengster@littlerock.org
Mr. Mann, William Clark, III: bmann@littlerock.org, dbaldwin@littlerock.org
Mr. McCormack, Jim, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Richardson, Scott Paris, Assistant Attorney General: scott.richardson@arkansasag.gov, danielle.williams@arkansasag.gov
Honorable Wilson, William R., U.S. District Judge: William_Wilson@ared.uscourts.gov

**Notice will be mailed to:**

Mr. McCullough, R. S.
MCCULLOUGH LAW FIRM
P.O. Box 56530
Little Rock, AR 72215-6530

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 3579230
**RELIEF(S) DOCKETED:**
   Mandate Document
**DOCKET PART(S) ADDED:** 3990943, 3990944