# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT
# CLERK'S OFFICE

## RECORDS TRANSMITTAL SHEET

**DATE:** September 02, 2009

**RE:** 07-3413 R.S. McCullough v. Mark Stodola

**TO:** Jim McCormack

**FROM:** James J. Foster

Enclosed are the following records for return to your office:

(Original file: 1 vol.)   (Transcript: 1 vol.)

Deposition:               Sealed:

Exhibits:

Other:

[x] Case closed            [ ] Counsel appointed

[ ] Per your request       [ ] Return to this office

Enclosure(s)

District Court/Agency Case Number(s): 4:07-cv-00682-WRW

JJF